CLEAR FORM

### UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

James A. Stallans

PLAINTIFF

136 48 Pl N.E.

Address (No Post Office Boxes)

Wash          D.C   20019

City          State   Zip Code

Case : 1:23cv2621          JURY DEMAND
Assigned To: Unassigned
Assign Date : 09/08/2023
Description: Pro se Gen. Civ. (H-Deck)

VS.

Architect of The Capitol

DEFENDANT  202 286-2548

Ford Office biuld Floor #H 2-772
                                2-295

Address (No Post Office Boxes)

Wash          D.C.   20515

City          State   Zip Code

Jury Trial:  ☑ Yes    ☐ No

### COMPLAINT

Preset date of decision 4/12/2021 - To decision

(1) My Job Brack+all lost pay from. To of Wrongful Termination

(2) My Federal Job Record cleared prom: 2/01/2019 To 4/12/2021 - because it ways included in The Termination decision!

(3) Person) damages money for me (James A. Stallans JR.

(4) For The Court to Foil Changers To The (Architect of The Capitol).

(5) I James A Stallans win a UnEmployed decision and The Witinessing statement Cleared shown. I James A Stallans is Right. (202) 666-4628 or (202) 702-8003.

RECEIVED

SEP 0 8 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Original Signature (in pen)

James A Stallans JR.

Name (if applicable, Prisoner ID No.)

136 48 Pl N.E.

Address or Facility Address

Wash          D.C.   20019

City          State   Zip Code

Rev: 01/10/2023
*Use additional pages as needed